Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | |
|---|---|
| Juaton Adams, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number: 23-cv-1372 |
| | ) |
| Maui Jim, Inc. | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** That Plaintiff, Juaton Adams' Complaint is DISMISSED with prejudice for failure to prosecute.

**Dated: 11/22/2024**



s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court